**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GEORGE TEHAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VANGUARD PARKING SOLUTIONS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　　Case No.: _____<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF REMOVAL</u>

Defendant Vanguard Parking Solutions, Inc. ("Vanguard"), through counsel, hereby submits this notice of removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, stating as follows:

1.      Mr. Tehan filed his complaint in the Superior Court of the District of Columbia on May 19, 2026, and the case was assigned No. 2026-CAB-003397.

2.      Mr. Tehan served the complaint on Vanguard by certified mail, dispatching it on May 26, 2026.

3.      Vanguard received the complaint on May 29, 2026, such that its time to remove the matter to this Court has not expired.

4.      As reflected in the complaint, Mr. Tehan is a citizen of Maryland, and Vanguard is a Delaware corporation with headquarters in Florida.

5.      This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332(a).

6.      Attached hereto as Exhibit A is a compilation of all materials required by 28 U.S.C. § 1446(a).

7.      Vanguard will promptly give written notice of this removal to Mr. Tehan and file a copy of such notice in the Superior Court of the District of Columbia.

8.    The complaint contains a demand for a jury trial.

9.    By removing this action to this Court, Vanguard does not waive, and expressly reserves, any rights, defenses, objections, or motions available to it under state or federal law and does not concede that the allegations in the complaint state a valid claim under any applicable law. Vanguard expressly reserves the right to move for dismissal of Mr. Tehan's claims pursuant to Fed. R. Civ. P. 12.

WHEREFORE Vanguard respectfully requests that District of Columbia Superior Court Case No. 2026-CAB-003397 be removed in its entirety to this Court.

PARKER POE ADAMS & BERNSTEIN LLP

Dated: June 25, 2026              By:  /s/ Joseph F. Fiorill
                                       Joseph F. Fiorill (Bar No. 995900)
                                       900 7th Street NW, Suite 700
                                       Washington DC 20001
                                       (202) 854-2819 / (202) 217-2771 (facsimile)
                                       joefiorill@parkerpoe.com

                                       *Counsel for Vanguard Parking Solutions, Inc.*

2