# EXHIBIT 1

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 9/15/2025 1:10:00 PM.****

**In the County Court in and for Broward County, Florida**

**Date: 09/15/2025**

**Time: 9:15 AM**

**DIV 70 - MOLLICA/ SC**

Adriana Barbieri
   Plaintiff

vs.

Case No.   CONO-25-051879

**SERVED**

Vanguard Parking Solutions Inc
   Defendant

## DISPOSITION ORDER ON PRETRIAL CONFERENCE

| | | |
|---|---|---|
| ___ THE CLERK SHALL RESET PRETRIAL PENDING SERVICE, RULE 1.070(j) HEREBY INVOKED | PRINCIPAL | $_____ |
| ___ A (DEFAULT) IS HEREBY ENTERED AGAINST THE DEFENDANT(S), AND THE (PLAINTIFF SHALL SUBMIT) (CLERK SHALL PREPARE) A (AGREED) JUDGMENT FOR PLAINTIFF **[SEE RIGHT]** | PREJUDGMENT INTEREST | $_____ |
| ✓ THIS CASE IS DISMISSED (WITH) (WITHOUT) PREJUDICE; PLAINTIFF REQUEST OR DID NOT APPEAR | COSTS | $_____ |
| ___ THIS CASE IS DISMISSED AS SETTLED (IN FULL) (BY STIPULATION FOR PAYMENTS) | ATTY FEES | $_____ |
| ___ THE COURT RETAINS JURISDICTION TO ENFORCE THE TERMS OF SETTLEMENT | INTEREST RATE | _____% |
| ___ THE PARTIES HAVE ___ DAYS TO SUBMIT/FILE BY E-ORDER JOINT STIP INVOKING RULES OF CIV PROC, CONSISTENT W/DIV ONLINE PROCEDURES | | |

✓ OTHER _Dismissed — Parties to go to arbitration_
_TJ File for Arbitrator 30 Days — may Reopen._

JUDGE'S NOTES OR SPECIAL INSTRUCTIONS TO CLERK: _( 10-15-25 )_

_____

_____

DONE AND ORDERED THIS _____ DAY OF **SEP 15 2025**.

County Court Judge
_Mollica_

23