**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GEORGE TEHAN,                                              Case No. 1:26-cv-02254-AHA
     *Plaintiff*

vs.

VANGUARD PARKING SOLUTIONS, INC.,
     *Defendant*

_____/

**DECLARATION OF MENDY GOLDMAN IN SUPPORT OF DEFENDANT VANGUARD**
**PARKING SOLUTIONS, INC.'S MOTION TO COMPEL ARBITRATION**

I, Mendy Goldman, declare as follows:

1.     I am an authorized agent and representative of Defendant Vanguard Parking Solutions, Inc. ("Vanguard"). I am authorized to make this declaration on Vanguard's behalf. I am over the age of eighteen and competent to testify. I have personal knowledge of the matters stated below or knowledge based on Vanguard's business records, computer systems, event logs, version records, and ordinary-course records maintained under my supervision or available to me in my role.

2.     I submit this declaration in support of Vanguard's motion to compel arbitration in Tehan v. Vanguard Parking Solutions, Inc., Case No. 1:26-cv-02254, pending in the United States District Court for the District of Columbia.

3.     Vanguard provides parking-technology, monitoring, enforcement, notice-administration, payment, and dispute-administration.

4.     The private parking facility at issue is the underground garage at or near 1515 New York Avenue NE, Washington, D.C. 20002, (the "Facility").

5.      On January 29, 2026, the Facility displayed copies of Vanguard's written Parking Contract.

6.      Attached as Exhibit A are true and correct copies of photographs and/or facility-layout materials showing the Parking Contract signs and their placement at the Facility on or about January 29, 2026. These materials are maintained by Vanguard in the ordinary course of its business.

7.      The Parking Contract is headed "PARKING CONTRACT - PRIVATE PROPERTY" and states in prominent text: "IF YOU DO NOT CONSENT TO THIS CONTRACT, EXIT NOW." Attached as Exhibit B is a true and correct copy of the complete Parking Contract in effect at the Facility on January 29, 2026.

8.      The Parking Contract states: "By parking in this Facility, you agree - on behalf of yourself and, if you are not the owner of the vehicle you are parking, on behalf of that owner - to the terms and conditions of this Parking Contract." It further states: "If you do not want to be bound by this Contract, you must exit this Facility within 15 minutes of entering."

9.      The face of the sign states: "ARBITRATION: Unresolved disputes shall be resolved through binding arbitration." It also states that Vanguard and the parker waive the right to a jury trial and that a claim may not be brought as part of a class action.

10.     The full Parking Contract provides that, except as otherwise required by applicable state law, "any and all disputes, claims or controversies between you and Vanguard arising from your parking at the Facility or under this Contract, which are not amicably resolved, shall be settled through binding arbitration administered by the AAA under its Consumer Arbitration Rules." It states that the substantive law is the law of the jurisdiction where the Facility is located and that the Federal Arbitration Act and federal arbitration law apply. It also

requires claims to be brought in an individual capacity, prohibits class and representative proceedings, and authorizes the arbitrator to award the same individual relief a court could award, including injunctive, declaratory, and statutory relief.

11.    Vanguard's records associate the vehicle involved in the January 29, 2026 parking session with Maryland license plate 68835CE, a 2008 Kia Sedona.

12.    Vanguard's records show that the vehicle entered the Facility on January 29, 2026 at approximately 10:29 a.m. and exited at approximately 1:53 p.m., for a total stay of approximately 3 hours and 23 minutes.

13.    Attached as Exhibit C are true and correct copies of the relevant entry and exit images, timestamps, and parking-session records. Those records were generated and maintained automatically in Vanguard's ordinary course of business at or near the time of the recorded events.

14.    Before this lawsuit, Vanguard received no report from George Tehan or his spouse that the vehicle had been stolen or used without either owner's permission. To the contrary, Tehan later wrote that "my vehicle (license# 68835ce) was parked at this location while shopping" and separately stated, "I am the owner of the vehicle."

15.    The claims asserted in the Complaint arise from this parking session and the resulting notice, including the posted registration and payment conditions, license-plate capture, parking charge, notice, dispute process, collection activity, and threatened arbitration or legal action.

16.    Vanguard operates the payparkingnotice.com portal, through which users can search for and review parking notices, submit disputes, and, depending on the notice status, make payments.

17.     During the period relevant to George Tehan's use, when a consumer went onto Vanguard's website to dispute a notice, the user such as Tehan, had to affirmatively click " I have read and agree to the Terms and Conditions and Privacy Policy. (Exhibit D).

18.     Before even disputing a notice by affirmatively clicking to agree to Vanguard's terms of service, a user has to first search for his or her notice, and in order to search for the notice on Vanguard' website, the user such as Tehan, is agreeing to be bound by Vanguard's terms. This is because the search page states " By searching, you agree to our Privacy Policy and Terms of Service." (Exhibit E.)

19.     Therefore, when Tehan searched for notice in order to dispute it, he became bound by Vanguard's terms of service, including its arbitration provision.

20.     On March 22, 2026 at approximately 6:51 p.m., Tehan submitted Formal Dispute No. 1766 concerning Notice A9FC4 through Vanguard's dispute workflow using the email address gtehan@hotmail.com. He wrote, "I am the owner of the vehicle," challenged the Parking Contract and signage, offered $25 to resolve the notice, and stated that if the offer was not accepted he would "proceed to formal arbitration to contest the entire charge." Attached as Exhibit F is a true and correct copy of the formal dispute record and related communications.

21.     The correspondence also includes Tehan's February 14, 2026 emails. In the first, he wrote that "my vehicle (license# 68835ce) was parked at this location while shopping" and stated that he intended to make a payment under protest. Eleven minutes later, he wrote that, after reading the payment terms and understanding that payment would forfeit his right to trial, he had decided not to pay.

22.     The Terms of Service presented during Tehan's portal activity were version effective on the date of the subject dispute. The arbitration provision remained unchanged

throughout the relevant period. Attached as Exhibit G is a true and correct copy of the Terms of Service, including the mandatory arbitration presented to Tehan which he agreed to.

23.     The Terms of Service required binding arbitration through the American Arbitration Association under its Consumer Arbitration Rules of disputes, claims, or controversies between the user and Vanguard concerning the Terms or Vanguard's services. The Terms also contained jury-trial and class-action waivers and required claims to proceed individually.

24.     Based on the portal's technical controls and the records described above, Tehan could not have submitted his formal dispute without agreeing to Vanguard's terms of service which include the mandatory arbitration clause.

25.     Vanguard's records concerning the Facility, parking session, Notice A9FC4, dispute, website screens, Terms version, portal activity, and assent controls are maintained in the ordinary course of Vanguard's regularly conducted business. It is Vanguard's regular practice to create and maintain those records at or near the time of the recorded activity.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

(signature) *Mendy Goldman*                              (date) 13/07/2026

Mendy Goldman

# EXHIBIT A

PARKING CONTRACT - PRIVATE PROPERTY
IF YOU DO NOT CONSENT TO THIS CONTRACT, EXIT NOW.
By parking here, you agree to the terms of this Contract with Vanguard Parking Solutions, Inc. ("Vanguard"). If you don't own the car you are parking, you are also agreeing to the contract on behalf of the owner of the vehicle you park.
IMPORTANT:
VANGUARD RECORDS ACTIVITY AT THIS PARKING FACILITY 24/7 using video recording equipment.
KEY TERMS of this Contract:
YOU MUST PAY the hourly parking fees ("Hourly Fees") in full within 15 MINUTES after entering. If you leave within this time, no Hourly Fees apply.
You agree that VANGUARD may obtain personal information as defined in the Driver's Privacy Protection Act, 18 U.S.C. § 2721 (the "DPPA"), including but not limited to the vehicle owner's name, phone number, physical and email addresses, license plate number, and the vehicle make and model, in order to identify the owner of that vehicle.
Failure to pay all the Hourly Fees due will result in a PARKING PAYMENT NOTICE that will include additional charges and processing charges (collectively, "Parking Charges").
In some states, failure to pay in full may also result in your vehicle being towed, booted, or immobilized.
HOURLY FEES AND PARKING CHARGES ARE NON-REFUNDABLE.
DISPUTES: If you believe a charge was issued in error, you have 30 days to dispute it.
You can initiate a dispute through the contact form at www.PayParkingNotice.com or by calling (954) 228-3290 and speaking with an agent.
ARBITRATION: Unresolved disputes shall be resolved through binding arbitration.
WAIVER: Vanguard and you waive their rights to jury trial and you agree that you may not bring a claim as part of a class action.
Full contract available here
Vanguard

# EXHIBIT B

# PARKING CONTRACT - PRIVATE PROPERTY
# IF YOU DO NOT CONSENT TO THIS CONTRACT, EXIT NOW.

By parking here, you agree to the terms of this Contract with Vanguard Parking Solutions, Inc. ("Vanguard"). If you don't own the car you are parking, you are also agreeing to the contract on behalf of the owner of the vehicle you park.

**IMPORTANT:**
- **VANGUARD RECORDS ACTIVITY AT THIS PARKING FACILITY 24/7 using video recording equipment.**

**KEY TERMS** of this Contract:
- **YOU MUST PAY the hourly parking fees ("Hourly Fees") in full within 15 MINUTES after entering. If you leave within this time, no Hourly Fees apply.**
- **You agree that VANGUARD may obtain personal information as defined in the Driver's Privacy Protection Act, 18 U.S.C. § 2721 (the "DPPA"), including but not limited to the vehicle owner's name, phone number, physical and email addresses, license plate number, and the vehicle make and model, in order to identify the owner of that vehicle.**
- **Failure to pay all the Hourly Fees due will result in a PARKING PAYMENT NOTICE that will include additional charges and processing charges (collectively, "Parking Charges").**
- **In some states, failure to pay in full may also result in your vehicle being towed, booted, or immobilized.**
- **HOURLY FEES AND PARKING CHARGES ARE NON-REFUNDABLE.**
- **DISPUTES: If you believe a charge was issued in error, you have 30 days to dispute it.**
You can initiate a dispute through the contact form at **www.PayParkingNotice.com** or by calling **(954) 228-3280** and speaking with an agent.
- **ARBITRATION: Unresolved disputes shall be resolved through binding arbitration.**
- **WAIVER: Vanguard and you waive their rights to jury trial and you agree that you may not bring a claim as part of a class action.**

## Full contract available here



and at www.PayParkingNotice.com/parkingcontract or by scanning QR code.

**ACTIVITY IN THIS PARKING LOT OR GARAGE (THE "FACILITY") IS RECORDED BY VANGUARD PARKING SOLUTIONS, INC. ("VANGUARD") 24 hours per day, every day.** Vanguard uses this video surveillance system to track the time you enter and leave the Facility, and to record pictures of the Facility and of your vehicle and license plate. Vanguard does not monitor the video 24/7 and the system is not designed or used for facility security.

By this Contract, the owner of the Facility ("Owner") and Vanguard hereby grant you a license to park in a designated vehicle space in this Facility, as long as you do so in compliance with the posted rules and rates, including timely payment of all of the Hourly Fees. **THE HOURLY FEES AND THE METHODS OF PAYMENT ARE SET FORTH ON A SEPARATE SIGN POSTED IN THIS FACILITY.**

By parking in this Facility, you agree – on behalf of yourself and, if you are not the owner of the vehicle you are parking, on behalf of that owner - to the terms and conditions of this Parking Contract (the "**Contract**") and to pay the regular hourly parking fee, including taxes and any municipal and county surcharges (collectively, "Hourly Fees") **WITHIN 15 MINUTES AFTER ENTERING THE FACILITY.** If you do not want to be bound by this Contract, you must exit this Facility within 15 minutes of entering. No Hourly Fees will apply if you exit this Facility within 15 minutes of entering it.
- **THE HOURLY FEES** are charged 24 hours per day, 365 days a year and are **NON-REFUNDABLE,** regardless of whether the time paid for is fully utilized**.**
- **If you fail to pay the Hourly Fees within 15 minutes of entering this Facility, or if you pay less than the amount you owe for the time you are parked, you will be in breach of this Contract and will incur** PROCESSING FEES OR CHARGES, SURCHARGES AND LATE FEES IMPOSED BY VANGUARD OR THE OWNER OF THE FACILITY (THE "PARKING CHARGES"). Parking Charges may total up to $125 per parking incident.

**BY PARKING A VEHICLE IN THIS FACILITY, YOU ALSO CONSENT TO VANGUARD'S OBTAINING, SOLELY FOR BILLING AND COLLECTION PURPOSES, RECORDS CONTAINING PERSONAL INFORMATION AS DEFINED IN THE DRIVER'S PRIVACY PROTECTION ACT, 18 U.S. Code § 2721 (THE "DPPA"),** including but not limited to the vehicle owner's name, address, license plate number, and vehicle make and model, **IN ORDER TO IDENTIFY THE OWNER OF THAT VEHICLE AND TO SEND THAT PERSON NOTICES, INVOICES, AND OTHER DOCUMENTATION RELEVANT TO AMOUNTS OWED FOR HOURLY FEES AND PARKING CHARGES BECAUSE THE VEHICLE WAS PARKED IN THIS FACILITY WITHOUT FULL PAYMENT. VANGUARD WILL NOT USE SUCH INFORMATION FOR ANY PURPOSE OTHER THAN COLLECTING HOURLY FEES AND PARKING CHARGES.** Vanguard will not sell, offer to sell, or transfer to another person for sale any personal information obtained about the owner of a vehicle using the Facility.

**YOU AGREE THAT YOU WAIVE ANY CLAIM YOU MIGHT OTHERWISE HAVE AGAINST VANGUARD OR THE OWNER OF THIS FACILITY IN CONNECTION WITH THE ACQUISITION AND USE OF SUCH PERSONAL INFORMATION, INCLUDING WITHOUT LIMITATION CLAIMS UNDER THE DPPA AND ANY APPLICABLE STATE LAW.**

If you have not timely and fully paid the Hourly Fees, Vanguard will either place a **PARKING PAYMENT NOTICE** ("Notice") on your vehicle while it is parked in the Facility or send you a Notice by mail. The Notice will include an invoice setting forth the amount you owe, including all applicable Parking Charges, the due date and any grace period for payment.
Failure to pay the Parking Charges may result in the matter being referred to collections or for legal action. Additionally, if a Notice remains unpaid after its Due Date and you later park your vehicle in a different parking facility monitored by Vanguard, Vanguard may have the right under state law to tow, immobilize, and/or boot your vehicle. Vanguard may also have the right to collect the current balance of the total amounts you owe for parking at all Vanguard-monitored facilities before releasing the vehicle.

**DISPUTES, APPEALS.** You may dispute any invoice or Notice that you believe was issued to you in error by submitting a notice of dispute to Vanguard before the Due Date set forth in the Notice. To submit a dispute, you may call us at 954-228-3280, send us an e-mail at disputes@vanguardparking.co, or follow the steps for filing a dispute on our website at https://payparkingnotice.com/pay. Vanguard will inform you of its decision regarding this dispute within 5 business days after hearing from you. If you do not agree with Vanguard's decision regarding your objection, you may then appeal it by initiating, within 10 days after your receipt of Vanguard's decision, arbitration in Palm Beach County, Florida, or the county and state where the Parking Facility is located, in accordance with the **CONSUMER ARBITRATION RULES ("CAR") of the American Arbitration Association ("AAA"), (WHICH ARE AVAILABLE AT WWW.ADR.ORG).**

**EXCEPT AS OTHERWISE REQUIRED BY APPLICABLE STATE LAW, ANY AND ALL DISPUTES, CLAIMS OR CONTROVERSIES BETWEEN YOU AND VANGUARD ARISING FROM YOUR PARKING AT THE FACILITY OR UNDER THIS CONTRACT, WHICH ARE NOT AMICABLY RESOLVED, SHALL BE SETTLED THROUGH BINDING ARBITRATION ADMINISTERED BY THE AAA UNDER ITS CAR. THE SUBSTANTIVE LAW OF ANY ARBITRATION SHALL BE THE LAWS OF THE STATE IN WHICH THE FACILITY IS LOCATED. THE FEDERAL ARBITRATION ACT AND FEDERAL ARBITRATION LAW ALSO APPLY TO THIS CONTRACT.**
**BY ENTERING INTO THIS CONTRACT, YOU AND VANGUARD ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION. YOU AGREE THAT ALL CLAIMS MUST BE BROUGHT IN A PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, AND, UNLESS VANGUARD AGREES OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. AN ARBITRATOR CAN AWARD ON AN INDIVIDUAL BASIS THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING INJUNCTIVE AND DECLARATORY RELIEF OR STATUTORY DAMAGES) AND MUST FOLLOW THIS CONTRACT AND THE LAW AS A COURT WOULD.**

**THE ABOVE ARBITRATION PROVISION SHALL SURVIVE THE TERMINATION OR EXPIRATION OF THIS CONTRACT.**
**VANGUARD MAY ASSIGN THIS CONTRACT WITHOUT YOUR APPROVAL.**
**THE NOTICE AND INVOICE ARE PRIVATELY ISSUED. THEY ARE NOT ISSUED BY A GOVERNMENTAL AUTHORITY OR AGENCY AND ARE NOT SUBJECT TO CRIMINAL PENALTIES.**



# EXHIBIT C



# EXHIBIT D

# Before you submit your appeal

The team reviewing disputes are real people who want to assist with any issues or questions. Please keep your message respectful so they can help you quickly.

Please note: Abusive or inappropriate conduct may result in the immediate termination of your dispute review, leaving the notice valid and due.

○ I have read and agree to the **Terms and Conditions** and **Privacy Policy**.

**Go back**

**Continue to submit appeal**

# EXHIBIT E



🌐 Español

# Payment Center

## Make your payment here

To contact an agent, please log in with your notice information



| ⊞ License Plate | 📄 Notice Number |
| --- | --- |

**License Plate**

Enter your license plate

**State**

State ⌄

**By searching, you agree to our Privacy Policy and Terms of Service.**

🔍 Search for Notice

🛡 SECURE PAYMENT     ⓘ OFFICIAL NOTICE

 vanguard

Privacy Policy     Terms of Service     Parking Contract

# EXHIBIT F

# 1766                                                    Closed    Elle L

# Formal Dispute - Parking Notice A9FC4- No Contract Formed

**George T**                                    Sun Mar 22 2026 at 6:51 pm
From  gtehan@hotmail.com                              Anyone, Active
Cc    guest.relations@target.com, support@vanguardparking.co

---

Dear Vanguard Parking Dispute Department,

I am writing to formally dispute the parking notice issued on 2/1/2026 for the New York Avenue Target in Washington, DC. I am the owner of the vehicle. I am contesting the full fine amount because no valid contract was formed, contrary to the statement in the notice.

A binding contract requires clear and accessible terms. In this instance, a "meeting of the minds" was impossible for the following reasons:
Illegible Signage: As shown in the attached photos, the signage at the location was too small to read from a driver's perspective. The text size and placement did not allow for a reasonable opportunity to review or assent to any terms before parking.

Open Access & Implied Permission: There was no physical barrier or gate to signal that this was a restricted, fee-based area. Given the lack of a barrier and extensive Target branding, it appeared that parking was provided free of charge to customers shopping at Target.

I am including Target Guest Relations on this email to inform them that their customers are receiving notices due to unclear signage. This is an issue that could be easily remedied with a barrier or more obvious signage; otherwise, customers will avoid patronizing the business to avoid these disputes.

While I maintain that no contract exists, I am willing to settle this matter in good faith for $25.00. This amount reflects the standard "lost ticket" or daily parking fee typically charged by other garages in the DC area.

Please be advised that this settlement offer is valid for 7 business days from the date of this email. If I do not receive written confirmation of your acceptance by 3/31/2026, I will consider the offer withdrawn and will proceed to formal arbitration to contest the entire charge. At that stage, I will

also seek damages for the significant time I have been forced to spend on this matter, valued at $100.00 per hour.

Upon your written confirmation of this settlement as a full and final resolution, I will provide payment and consider this matter closed.

Sincerely,

George Tehan
202-468-6817

**From:** George T <gtehan@hotmail.com>
**Sent:** Saturday, February 14, 2026 11:36 PM
**To:** disputes@vanguardparking.co <disputes@vanguardparking.co>
**Cc:** ethics@target.com <ethics@target.com>
**Subject:** CORRECTION: Re: Payment under protest for Notice# A9FC4

To Vanguard Parking:

After reading the terms of payment, which state that by paying I am forfeiting my right to trial by submitting a payment, I have decided not to pay. I will follow up with a formal protest letter in the next few days prior to the deadline given in the Notice.

Thank you,

George Tehan
202-468-6817

**From:** George T <gtehan@hotmail.com>
**Sent:** Saturday, February 14, 2026 11:25:23 PM
**To:** disputes@vanguardparking.co <disputes@vanguardparking.co>
**Cc:** ethics@target.com <ethics@target.com>
**Subject:** Payment under protest for Notice# A9FC4

To Vanguard Parking:

I am making a payment today in the amount of $90.10 to avoid escalated fees or other actions such as towing as stated in Notice# A9FC4 for the 3

hours of parking. However, I do not agree that I entered into a contract by parking in your garage, and I reserve my right to formal litigation by class action lawsuit or jury. I am contacting Target with this email as this parking garage serves the Target located at 1515 New York Avenue NE, which is why my vehicle (license# 68835ce) was parked at this location while shopping.

I am making payment under protest as I have not had sufficient time to consider this issue since receiving the Notice 4 days ago.

I look forward to your response.

Thank you,

George Tehan
202-468-6817

       

Miriam Adar assigned to Elle L                                  Mar 23, 10:29 am

**Mendel Groner**        ( Note )  Mon Mar 23 2026 at 3:37 pm

Active

Discount Notice

Can we please give a $5 discount as a one time courtesy as this is his first time getting a citation. Thank you

Details:
- Notice: Notice #A9FC4 for plate 68835CE
- Requested discount amount: $80.00
- Discount deadline: Mar 31, 4:00 AM UTC

Requested by: eriele@vanguardparking.co

Priority: MED

**Elle L**                    ( Note )  Mon Mar 23 2026 at 3:40 pm                              E

Pending

---

Hello George,

Thank you for your detailed correspondence regarding the above-referenced parking notice.

We acknowledge your concerns regarding signage and your position on contract formation. However, based on our review, the notice has been determined to be valid.

Please be advised that this location is a managed parking facility, and signage outlining the parking terms, conditions, and payment requirements is posted throughout the property. By entering and remaining on the premises, motorists are responsible for reviewing and complying with the posted terms.

After review, our records confirm that the vehicle was present on-site from **10:29 AM to 1:53 PM** for a duration of **3h 23m** as noted in the notice and that no valid payment or verification covering the full stay was recorded. As such, the notice was issued in accordance with the posted parking terms.

**Additionally, as a one time courtesy a $5 discount has been applied to the outstanding balance.**

For these reasons, we are unable to accept the proposed settlement or provide a refund.

Pursuant to applicable policy, this response constitutes the completion of our internal review. You may seek further review by submitting a written appeal to the independent third-party adjudicator within ten (10) days at: support@fairadjudication.com

We appreciate your understanding.

Sincerely,
Vanguard Parking

**Elle L**                                                          Mon Mar 23 2026 at 3:42 pm

**Cc**  guest.relations@target.com, support@vanguardparking.co

Hello George,

Thank you for sending this documentations,

We have located a parking session associated with the date and location in question. Your account has been submitted for further review to verify the details of your parking session.

We will follow up once the review is complete.

Thank you,
Vanguard Parking

◇ Customer viewed on Mar 23 @ 4:28pm

**Mendel Groner**    ( Note )    Mon Mar 23 2026 at 9:13 pm

Active

Action request approved: Discount Notice.
Notice #A9FC4 for plate 68835CE has been discounted to $80.00 until Mar 31, 4:00 AM UTC.
Priority: MED
Details: Can we please give a $5 discount as a one time courtesy as this is his first time getting a citation. Thank you
Requested by: eriele@vanguardparking.co
Reviewed by: miriam@vanguardparking.co

**Elle L**    Tue Mar 24 2026 at 9:06 am

Cc  guest.relations@target.com, support@vanguardparking.co    Closed

Hello George,

Thank you for your detailed correspondence regarding the above-referenced parking notice.

We acknowledge your concerns regarding signage and your position on contract formation. However, based on our review, the **notice has been determined to be valid.**

Please be advised that this location is a managed parking facility, and signage outlining the parking terms, conditions, and payment requirements is posted throughout the property. By entering and remaining on the premises, motorists are responsible for reviewing and complying with the posted terms.

After review, our records confirm that the vehicle was present on-site from **10:29 AM to 1:53 PM** for a duration of **3h 23m** as noted in the notice and that **no valid payment or verification covering the full stay was recorded**. As such, the notice was issued in accordance with the posted parking terms.

**Additionally, as a one time courtesy a $5 discount has been applied to the outstanding balance.**

For these reasons, we are unable to accept the proposed settlement or provide a refund.

Pursuant to applicable policy, this response constitutes the completion of our internal review. You may seek further review by submitting a written appeal to the independent third-party adjudicator within ten (10) days at: support@fairadjudication.com

We appreciate your understanding.

Sincerely,
Vanguard Parking

Customer viewed on Mar 24 @ 10:18am

## George T
gtehan@hotmail.com

## Conversations

This is the first conversation you've had with George T.

## Notice Details

# EXHIBIT G

# Vanguard Terms of Service

Effective July 1, 2024

This is a historical version preserved for audit. It is no longer the current Terms of Service.

---

Welcome to https://payparkingnotice.com/pay (the "Website"). The Website is owned and operated by Vanguard Parking Solutions Inc., a Delaware corporation (collectively, referred to herein as "Vanguard", "we", "our").

Please carefully read the following terms and conditions (the "Terms"). These Terms set forth a legally binding agreement between you and Vanguard Parking and Vanguard Parking's corporate affiliates, parent corporation, subsidiaries and divisions as may change from time to time. The Terms specifically govern your use of Vanguard Parking's website to pay Parking Charges (as such term is defined in the Parking Agreement referenced below) (the "Services").

By accessing or using the Website or paying Parking Charges on our Website, you signify your acceptance of these Terms and our Privacy Policy https://payparkingnotice.com/privacy-policy. If you do not agree to these Terms, you may not access or use the Website in any way. Acceptance of these Terms represents the formation of a separate agreement between you and Vanguard Parking and does not replace or amend any prior obligation or contract you may have entered into with Vanguard Parking, including the Parking Agreement that you entered into by entering a parking facility owned by and/or operated by Vanguard Parking (the "Parking Agreement"), which is a valid and enforceable agreement between you and Vanguard Parking.

BY AGREEING TO THESE TERMS, YOU HEREBY PROVIDE VANGUARD PARKING WITH YOUR EXPRESS CONSENT TO OBTAIN YOUR NAME AND MAILING ADDRESS FROM THE STATE DEPARTMENT OF MOTOR VEHICLES PURSUANT TO 18 U.S.C. § 2721. YOU FURTHER ACKNOWLEDGE THAT BY AGREEING TO THESE TERMS THAT YOU REAFFIRM AND RATIFY YOUR AGREEMENT TO THE PARKING AGREEMENT POSTED AT VANGUARD PARKING'S PARKING FACILITIES (AS SUCH TERM IS DEFINED IN THE PARKING AGREEMENT), WHICH IS FULLY AND SPECIFICALLY INCORPORATED HEREIN, INCLUDING, BUT NOT LIMITED TO, THE BINDING ARBITRATION CLAUSE.

Eligibility and Scope

You may use the Services only if you have the capacity to form a binding contract with Vanguard Parking, and only in compliance with these Terms and all applicable laws, rules, and regulations. Without limiting the foregoing, the Services are only available to those who are at least 18 years old. If you're agreeing to these Terms on behalf of an organization or entity, or if you are not the owner of the vehicle you are parking at the parking facility (such as a rental vehicle or a friend or relative's car), you represent and warrant that you are authorized to agree to these Terms on that organization or entity's behalf or that of the vehicle owner, as the case may be, and bind them to these Terms (in which case, the references to "you" and "your" in these Terms except for in this sentence, refer to that organization, entity, or vehicle owner).

Privacy

The personal details you provide when paying a Parking Charge will be stored in Vanguard Parking's database and will be used in accordance with Vanguard Parking's Privacy Policy https://payparkingnotice.com/privacy-policy. Please review our Privacy Policy, which also governs the Website and informs users of our data collection practices.

Electronic Communications

You agree to the use of email ("Electronic Record") to send you legally required notices. You may withdraw your consent to use an Electronic Record by notifying us at Support@vanguardparking.co and indicating your withdrawal of consent, your full name and postal address. To access and retain a copy of this disclosure or the Electronic Record in which we send you any legal required notices, you will need (i) a computer with a web browser and Internet access, and (ii) either a printer or storage space on such device. To request a paper copy of this disclosure or the Electronic Record in which we send you any legal required notices, contact us at Support@vanguardparking.co and indicate your request, your full name and postal address. We will charge you the cost of first-class mail-international, for each paper copy you request. To update the

contact details we use to contact you electronically, contact us at Support@vanguardparking.co and indicate your full name, your old email address and new email address.

No Unlawful or Prohibited Use

As a condition of your use of the Website, you warrant Vanguard Parking that you will not use the Website for any purpose that is unlawful or prohibited by these Terms. You may not use the Website in any manner which could damage, disable, overburden, or impair the website or interfere with any other party's use and enjoyment of the Website. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available or provided for through the Website. You will not modify, publish, transmit, reverse engineer, participate in the transfer or sale, create derivative works, or in any way exploit any of the content, in whole or in part, found on the Website. Vanguard Parking's content is not for resale. Your use of the Website does not entitle you to make any unauthorized use of any protected content, and in particular you will not delete or alter any proprietary rights or attribution notices in any content. You will use protected content solely for your personal use and will make no other use of the content without the express written permission of Vanguard Parking and the copyright owner. You agree that you do not acquire any ownership rights in any protected content. We do not grant you any licenses, express or implied, to the intellectual property of Vanguard Parking or our licensors except as expressly authorized by these Terms.

International Users

The Services are controlled, operated, and administered by Vanguard Parking from offices within the United States of America. If you access the Services from a location outside the United States of America, then you are responsible for compliance with all local laws. You agree that you will not use Vanguard Parking's content or the Services accessed in any country or in any manner prohibited by any applicable laws, restrictions, or regulations.

Payments, Payment Terms and Order Confirmation

Our Services may require payment(s) from you for the use of Vanguard

Parking's Parking Facilities to pay a Parking Charge. Payment for the Parking Charge is made by third-party payment processors such as Stripe (each a "Payment Processor"). Vanguard Parking reserves the right to support different types of payment methods on the Website and allow the use of additional payment methods. The Website uses United States Dollars for currency. Payment Processors may offer that you complete the transaction in other currencies, subject to certain terms which are solely between you and the Payment Processor. Vanguard Parking bears no responsibility in connection therewith, including with respect to any extra costs related to foreign exchange fees.

Once you have entered your payment details and completed the process to pay a Parking Charge, (if you opt to enter your email) you will receive an email confirming that we have received your payment, along with a receipt.

If the payment information you provided is not valid, or if the Payment Processor denies the transaction, the transaction will not be completed. If the transaction completes despite one of these events occurring, Vanguard Parking reserves the right to attempt to process payment again via the Payment Processor. (in which case we will notify you by email).

Any payments processed through a Payment Processor are also subject to the applicable terms and conditions of the Payment Processor. When making a payment through the Payment Processor, you agree to be bound by the applicable terms and conditions of Payment Processor.

Vanguard is not liable for any loss or damage resulting from any incorrect or invalid transactions processed for you by the Payment Processor.

Sales tax and other taxes may apply to your payments. You are responsible for all applicable taxes. Where taxes apply, we will charge the tax when required by applicable law.

Any payments are non-cancelable and non-refundable.

Warranties and Disclaimers

Your access to and use of the Services is at your own risk. You

understand and agree that the Services is provided to you on an "AS IS" and "AS AVAILABLE" basis. Without limiting the foregoing, and to the fullest extent permitted by applicable law, VANGUARD PARKING AND ITS AFFILIATES AND SUBSIDIARIES, AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, AND NON-INFRINGEMENT. We make no warranty and disclaim all responsibility and liability for the completeness, accuracy, availability, timeliness, security, or reliability of the Services or any content thereon. Vanguard Parking will not be responsible or liable for any harm to your person, vehicle, personal property, computer systems including loss of data, or other harm that results from your access to or use of the Services. You also agree that Vanguard Parking has no responsibility or liability for its deletion of, or the failure to store, retain, or transmit, any records related to you. We make no warranty that the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. Vanguard Parking does not warrant that our Website or Services are free of viruses or other harmful components. Vanguard Parking will not be liable for any damages of any kind arising from the use of our Services, including, but not limited to direct, indirect, incidental, punitive, and consequential damages. Certain laws do not allow limitations on implied warranties or the exclusion or limitation of certain damages. If these laws apply to you, some or all of the above disclaimers, exclusions, or limitations may not apply to you, and you may have additional rights. No advice or information, whether oral or written, obtained from Vanguard Parking or through the Services, will create any warranty not expressly made herein.

SERVICES LIMITATION OF LIABILITY

By using the Services, you hereby release, remise and forever discharge and give up any and all claims which you may have against Vanguard Parking, which now or hereafter arise from, relate to or are connected with the Parking Agreement, Services or any third-party's use of the Services. TO THE GREATEST EXTENT PERMITTED UNDER APPLICABLE LAW, WE AND OUR STAFF SHALL NOT BE LIABLE TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FOR ANY INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY, STATUTORY, INCIDENTAL OR CONSEQUENTIAL DAMAGE, OR ANY SIMILAR DAMAGE OR LOSS (INCLUDING LOSS OF PROFIT AND LOSS OF DATA), COSTS, EXPENSES AND

PAYMENTS, EITHER IN TORT (INCLUDING NEGLIGENCE), CONTRACT, CONTRIBUTION, INDEMNITY, OR IN ANY OTHER FORM OR THEORY OF LIABILITY, ARISING FROM, OR IN CONNECTION WITH YOUR ACCESS TO AND USE OF THE SERVICES.

OUR TOTAL AND AGGREGATE LIABILITY TO YOU FOR DAMAGES ARISING FROM, OR IN CONNECTION WITH YOUR ACCESS TO AND USE OF THE SERVICES WILL NOT EXCEED THE AMOUNT YOU HAVE PAID US FOR A PARKING CHARGE.

THE FOREGOING LIABILITY EXCLUSIONS AND CAPS DO NOT APPLY TO OUR LIABILITY FOR PERSONAL INJURY OR BODILY HARM FROM THE SERVICES, OR OUR FAILURE TO PROVIDE YOU WITH THE REMEDIES SPECIFIED ABOVE FOR A BREACH OF WARRANTIES.

Parking Agreement

The Parking Agreement is a collateral document to these Terms and is specifically incorporated herein. Accepting these Terms further ratifies your agreement(s) to be bound by the Parking Agreement consistent with your use of one or more of Vanguard Parking's Parking Facilities. Acceptance of these Terms only ratifies your prior agreement regarding the Parking Agreement and does not replace or amend its terms.

Acceptable Use of the Website

The following terms define the acceptable use of the Website. You agree to abide by all applicable laws when using the Website. You further agree that you are solely responsible for all acts or omissions associated with the access and use of the Website.

While using the Website, you agree to refrain from –

- Breaching the Terms or any other applicable rules and instructions that we may convey to you with respect to the Website;

- Interfering with, burdening or disrupting the functionality of the Website;

- Circumventing or manipulating the operation, or functionality of the Website, or attempting to enable features or functionalities that are otherwise disabled, inaccessible or undocumented in the Website;

- Using or launching any automated system, including without limitation
  robots, crawlers and similar applications to collect or compile
  content from the Website;

- Displaying the Website or any part thereof in an exposed or concealed
  frame, or linking to elements or portions of the Website,
  independently from the web pages on which they originally appear;

- Displaying content from the Website, including by any software,
  feature, gadget or communication protocol, which may alter the content
  or its design;

- Impersonating any person or entity, or making any false statement
  pertaining to your identity, employment, agency or affiliation with
  any person or entity;

- Collecting, harvesting, obtaining, or processing personal information
  of or about other users of the Website.

- Displaying or linking the Website or any part thereof or from any
  website that contains pornographic content, content that encourages
  racism or unlawful discrimination, or that is illegal, or that its
  publication is illegal or that encourages illegal activity;

- Linking to content from the Website, which is not the home page of the
  Website ("Deep Link") and displaying, or publishing such content in
  any other way, unless the Deep Link is linked to a full web page of
  the Website as is, so that the use and view of it will be completely
  identical to using and viewing it on the Website itself.

WE MAY EMPLOY TECHNOLOGICAL MEASURES TO DETECT AND PREVENT FRAUDULENT
OR
ABUSIVE USE OF THE WEBSITE.

THE WEBSITE IS MEANT TO BE USED AS IS. IT CANNOT BE ADOPTED TO THE NEED
OF EACH AND EVERY PERSON. YOU WILL NOT HAVE ANY CLAIMS OR DEMANDS
TOWARDS VANGUARD PARKING REGARDING THE WEBSITE FEATURES, CAPABILITIES,
LIMITATIONS OR ITS SUITABILITY FOR YOUR NEEDS AND REQUIREMENTS.

VANGUARD PARKING MAKES AN EFFORT TO PROVIDE YOU WITH PROPER AND HIGH-QUALITY SERVICE.

HOWEVER, VANGUARD PARKING DOES NOT WARRANT THAT THE ACCESS AND USABILITY
OF THE WEBSITE WILL NOT BE INTERRUPTED, THAT THE WEBSITE WILL OPERATE WITHOUT ERRORS OR WILL BE IMMUNE FROM UNAUTHORIZED ACCESS TO VANGUARD PARKING COMPUTERS, DAMAGES, BREAKDOWNS, MALFUNCTIONS OR FAILURES.

Links

The Website may contain links to other websites, their content or other external sources, provided by third parties. We do not operate or monitor these websites and content. You may find them, or the information and content posted there inappropriate or objectionable.

BY LINKING TO A PARTICULAR WEBSITE, WE DO NOT ENDORSE, OR SPONSOR ITS CONTENT, OR CONFIRM ITS ACCURACY, CREDIBILITY, AUTHENTICITY, RELIABILITY, VALIDITY, INTEGRITY, OR LEGALITY. WE ASSUME NO RESPONSIBILITY OR LIABILITY FOR SUCH THIRD-PARTY WEBSITES OR CONTENT, OR THEIR AVAILABILITY, OR FOR ANY TRANSACTIONS MADE BETWEEN YOU AND SUCH THIRD-PARTY WEBSITES.

Intellectual Property

All intellectual property rights associated with the Website and its content, including copyrights, trademarks, trade names, patents, trade secrets, work methods and processes, and any other right, are the sole property of Vanguard Parking, or its third-party licensors. These rights apply, among others, to information, articles, images, content, graphic design, data and its processing, the Website's computer code and any other element concerning its operation.

It is forbidden to copy, duplicate, distribute, sell, make available, market, or translate any information, including trademarks, images, pictures, texts, and computer code from the Website, without Vanguard Parking's prior, explicit and written consent.

Without derogating from the above, trademarks on the Website (whether registered or not) as well as the Website's domain name are the sole

property of Vanguard Parking, or respective third-party owners. It is forbidden to use them without Vanguard Parking's, or their respective third-party owners' prior, explicit, and written consent.

The payment of a Parking Charge will in no way be deemed to confer upon you any right, interest or license in any patents, patent applications, designs, copyrights, trademarks, service marks or trade names that Vanguard Parking and its licensors may have. Vanguard Parking and its licensors retain all intellectual property rights in and to the Website and Services.

Website Changes and Discontinuation

Vanguard Parking may, from time to time, change the Website's structure, layout, and design, as well as the scope and availability of the information, items, and content therein - all without prior notice. Changes of this type by their very nature may result in errors, glitches, or cause inconvenience of some kind. You will have no claim or demand whatsoever against Vanguard Parking ensuing from the introduction of aforesaid changes, from errors, glitches or any kind of failure resulting from their introduction.

Vanguard Parking may at any time, in its sole discretion, temporarily or permanently discontinue or suspend the operation of the Website or any part thereof. Vanguard Parking is not obligated to give any notice prior to such discontinuation or suspension of the Website. Such discontinuation or suspension will not affect orders you have placed prior to the discontinuation or suspension.

Changes to the Terms

Vanguard Parking may change the Terms, and the documents that form an integral part of the Terms, from time to time. We will notify you of changes by posting them on our Website or by other means of notification. Your continued use of the Services after the effective date of the amended Terms constitutes your consent to the amended Terms.

Governing Law

Regardless of your place of residence, these Terms and your purchase and

use of the Services will be governed by and construed solely in accordance with the laws of the State of Florida, excluding any otherwise applicable rules of conflict of laws, which would result in the application of the laws of a jurisdiction other than the State of Florida.

If you have a complaint about the Website or about Vanguard Parking, please first contact us at Support@vanguardparking.co. We will carefully review and consider your complaint.

SUBJECT TO THE EXCEPTIONS BELOW, ANY AND ALL DISPUTES, CLAIMS OR CONTROVERSIES BETWEEN YOU AND VANGUARD PARKING REGARDING THESE TERMS OR THE SERVICES, WHICH ARE NOT AMICABLY RESOLVED, SHALL BE SETTLED THROUGH BINDING ARBITRATION (RATHER THAN IN COURT) BY TELEPHONE, ONLINE OR BASED SOLELY UPON WRITTEN SUBMISSIONS WITHOUT IN-PERSON APPEARANCE, ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION (AAA), UNDER ITS CONSUMER ARBITRATION RULES (WHICH ARE AVAILABLE AT WWW.ADR.ORG). THE SUBSTANTIVE LAW OF ARBITRATION SHALL BE THE LAWS OF THE STATE OF FLORIDA.

JUDGMENT ON THE AWARD RENDERED BY THE ARBITRATOR(S) MAY BE ENTERED IN ANY COURT HAVING JURISDICTION THEREOF.

HOWEVER, YOU MAY LODGE CLAIMS IN SMALL CLAIMS COURT IF YOUR CLAIM QUALIFIES.

THE FEDERAL ARBITRATION ACT AND FEDERAL ARBITRATION LAW APPLY TO THESE TERMS.

THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. HOWEVER, AN ARBITRATOR CAN AWARD ON AN INDIVIDUAL BASIS THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING INJUNCTIVE AND DECLARATORY RELIEF OR STATUTORY DAMAGES) AND MUST FOLLOW THESE TERMS AS A COURT WOULD.

PAYMENT OF FILING, ADMINISTRATION AND ARBITRATOR FEES WILL BE GOVERNED BY THE AAA'S CONSUMER ARBITRATION RULES. THESE FEES WILL BE SHARED AS FOLLOWS: ONE THIRD BY YOU AND TWO THIRDS BY US, UNLESS THE ARBITRATOR: (I) DETERMINES THAT THE CLAIMS ARE FRIVOLOUS, IN WHICH CASE THE CLAIMANT

SHALL BEAR ALL SUCH FEES ARISING FROM THE FRIVOLOUS CLAIM; OR (II) DETERMINES THAT THE FEES SHOULD BE ALLOCATED DIFFERENTLY.

THE ARBITRATION WILL BE A CONFIDENTIAL PROCEEDING. NEITHER PARTY WILL MAKE ANY PUBLIC ANNOUNCEMENT OR PUBLIC COMMENT OR RELEASE ANY PUBLICITY
CONCERNING THE ARBITRATION INCLUDING THE FACT THAT THE PARTIES ARE IN DISPUTE, THE EXISTENCE OF THE ARBITRATION OR ANY DECISION OR AWARD OF THE ARBITRATOR.

ALL CLAIMS MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, AND, UNLESS WE AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. YOU AGREE THAT, BY ENTERING INTO THIS AGREEMENT, YOU AND VANGUARD PARKING ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION.

YOU MAY OPT-OUT OF THE ABOVE ARBITRATION CLAUSE BY EMAILING US TO DISPUTES@VANGUARDPARKING.CO, WITHIN SEVEN (7) DAYS OF YOU ENTERING INTO THESE TERMS FOR THE FIRST TIME, AN OPT-OUT NOTICE THAT IDENTIFIES YOURSELF AND CLEARLY SETS OUT YOUR CHOICE TO OPT OUT OF DISPUTE RESOLUTION BY ARBITRATION. IN CASE OF SUCH OPT-OUT, ANY AND ALL DISPUTES, CLAIMS OR CONTROVERSIES BETWEEN YOU AND US REGARDING THESE TERMS OR THE USE OF THE SERVICE, WHICH ARE NOT AMICABLY RESOLVED, SHALL BE SUBJECT TO THE EXCLUSIVE JURISDICTION AND VENUE OF THE STATE COURTS IN PALM BEACH COUNTY IN THE STATE OF FLORIDA, USA, AND THE FEDERAL DISTRICT COURT LOCATED IN PALM BEACH COUNTY.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS SECTION, EITHER PARTY MAY ASSERT: (A) AN IMPLEADER CLAIM AGAINST THE OTHER PARTY IN ANY COURT OF COMPETENT JURISDICTION ADJUDICATING A THIRD-PARTY CLAIM THAT IS SUBJECT TO INDEMNITY; (B) A CLAIM ALLEGING INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS (INCLUDING COPYRIGHTS AND TRADE SECRETS), IN ANY COURT HAVING GENERAL OR SPECIFIC JURISDICTION OVER THE DEFENDANT; AND (C) A COURT CLAIM FOR INJUNCTIVE OR OTHER EQUITABLE RELIEF, IN ANY COURT HAVING GENERAL OR SPECIFIC JURISDICTION OVER THE DEFENDANT.

THIS ARBITRATION PROVISION SHALL SURVIVE THE TERMINATION OR EXPIRATION OF THESE TERMS.

Indemnification

You agree to indemnify, defend and hold harmless Vanguard Parking, its officers, directors, employees, agents and third parties, for any losses, costs, liabilities and expenses (including reasonable attorney's fees) relating to or arising out of your use of or inability to use the Website or Services, your violation of these Terms or your violation of any rights of a third-party, or your violation of any applicable laws, rules or regulations. Vanguard Parking reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with Vanguard Parking in asserting any available defenses.

WEBSITE DISCLAIMER OF WARRANTIES; WEBSITE LIMITATION OF LIABILITY

THE INFORMATION, SOFTWARE, AND SERVICES INCLUDED IN OR AVAILABLE THROUGH THE WEBSITE MAY INCLUDE INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN. VANGUARD PARKING AND/OR ITS SUPPLIERS MAY MAKE IMPROVEMENTS AND/OR CHANGES TO THE WEBSITE AT ANY TIME.

VANGUARD PARKING AND/OR ITS SUPPLIERS MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY, RELIABILITY, AVAILABILITY, TIMELINESS, AND ACCURACY OF THE INFORMATION, SOFTWARE, SERVICES AND RELATED GRAPHICS CONTAINED ON THE WEBSITE FOR ANY PURPOSE. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL SUCH INFORMATION, SOFTWARE, SERVICES AND RELATED GRAPHICS ARE PROVIDED "AS IS" WITHOUT WARRANTY OR CONDITION OF ANY KIND. VANGUARD PARKING AND/OR ITS SUPPLIERS HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH REGARD TO THIS INFORMATION, SOFTWARE, SERVICES AND RELATED GRAPHICS, INCLUDING ALL IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL VANGUARD PARKING AND/OR ITS SUPPLIERS BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF USE, DATA OR PROFITS, ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OR PERFORMANCE OF THE WEBSITE, WITH THE DELAY OR INABILITY TO USE

THE WEBSITE OR RELATED SERVICES, THE PROVISION OF OR FAILURE TO PROVIDE SERVICES, OR FOR ANY INFORMATION, SOFTWARE, SERVICES AND RELATED GRAPHICS OBTAINED THROUGH THE WEBSITE, OR OTHERWISE ARISING OUT OF THE USE OF THE WEBSITE, WHETHER BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF VANGUARD PARKING OR ANY OF ITS SUPPLIERS HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES. BECAUSE SOME STATES/JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE WEBSITE, OR WITH ANY OF THESE TERMS OF USE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USING THE WEBSITE.

Termination/Access Restriction

Vanguard Parking reserves the right, in its sole discretion, to terminate your access to the Website and the related Services or any portion thereof at any time, without notice. Use of the Website is unauthorized in any jurisdiction that does not give effect to all provisions of these Terms, including, without limitation, this section.

You agree that no joint venture, partnership, employment, or agency relationship exists between you and Vanguard Parking as a result of these Terms or your use of the Website. Vanguard Parking's performance of these Terms is subject to existing laws and legal process, and nothing contained in these Terms is in derogation of Vanguard Parking's right to comply with governmental, court and law enforcement requests or requirements relating to your use of the Website or information provided to or gathered by Vanguard Parking with respect to such use.

General

These Terms, including the additional documents referenced explicitly herein, constitute the entire agreement between you and us concerning the subject matter herein, and supersede all prior and contemporaneous negotiations and oral representations, agreements, and statements.

Failure on our part to ensure performance of any provision in the Terms shall not constitute a waiver of any of our rights under the Terms.

Vanguard Parking shall not be liable for any failure or delay in the

performance of its obligations under these Terms, if such failure or delay is on account of causes beyond its reasonable control, including civil unrest, war, fires, floods, accidents, earthquakes, inclement weather, telecommunications line failures, electrical outages, network failures, governmental regulations or controls, casualty, strikes or labor disputes, terrorism, pandemics, epidemics, local disease outbreaks, public health emergencies, communicable diseases, quarantines, or acts of God, for so long as such force majeure event is in effect and for a reasonable period thereafter. Vanguard Parking will try to provide you with notice of the occurrence of such an event within five (5) business days of its occurrence.

You may not assign, transfer, or delegate your rights or obligations under the Terms without our prior written consent. Any attempted or actual assignment, transfer, or delegation by you, without our prior consent, shall be null and void. Where necessary due to a merger, acquisition, change of control or the sale of all or substantially all Vanguard Parking's equity or assets, Vanguard Parking may, upon notice to you, assign, transfer, and delegate these Terms, in their entirety, including all of its rights, performance, duties, liabilities and obligations contained herein. With such assignment, transfer and delegation, Vanguard Parking is irrevocably released from all its duties, liabilities, and obligations herein, provided that your rights under these Terms will not be violated by the assignment.

If any provision of the Terms is held to be illegal, invalid, or unenforceable by a competent court, then the provision shall be performed and enforced to the maximum extent permitted by law, to reflect, as closely as possible, the original intention of that provision, and the remaining provisions of the Terms shall continue to remain in full force and effect.

Last Updated: July 10, 2024

# Affidavit in support of motion to compel arbitration - Tehan

Final Audit Report                                                    2026-07-13

| | |
|---|---|
| Created: | 2026-07-13 |
| By: | Yoel Ackerman (Yoel@KnightLawFL.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9XbQkDJhBwq3hrSnUDIA6nzIxQeUrHDg |

## "Affidavit in support of motion to compel arbitration - Tehan" History

Document created by Yoel Ackerman (Yoel@KnightLawFL.com)
2026-07-13 - 10:33:25 PM GMT

Document emailed to Mendy Goldman (mendy@vanguardparking.co) for signature
2026-07-13 - 10:33:37 PM GMT

Email viewed by Mendy Goldman (mendy@vanguardparking.co)
2026-07-13 - 10:55:08 PM GMT

Document e-signed by Mendy Goldman (mendy@vanguardparking.co)
Signature Date: 2026-07-13 - 10:56:15 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_IMAGE

Agreement completed.
2026-07-13 - 10:56:15 PM GMT

Adobe Acrobat Sign