**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GEORGE TEHAN, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:26-cv-02254-AHA |
| v. | ) ) | Judge Amir H. Ali |
| VANGUARD PARKING SOLUTIONS, INC., | ) ) | |
| Defendant. | ) ) ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT VANGUARD PARKING SOLUTIONS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Upon consideration of Defendant Vanguard Parking Solutions, Inc.'s Motion to Compel Arbitration and Stay Proceedings, the opposition and reply, the record, and applicable law, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Plaintiff George Tehan shall submit his claims against Vanguard to binding arbitration on an individual basis in accordance with the parties' Parking Contract and, independently, the applicable online Terms of Service.

It is further ORDERED that all claims and proceedings in this action, including merits discovery, class discovery, and class-certification proceedings, are STAYED pending completion of arbitration.

SO ORDERED.

PPAB 13987086v1

DATED:

_____
Honorable Amir H. Ali
UNITED STATES DISTRICT JUDGE