# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GEORGE TEHAN**, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> **VANGUARD PARKING SOLUTIONS, INC.,** <br><br> *Defendant.* | Case No. 1:26-CV-02254-AHA |

## <u>DECLARATION OF GEORGE TEHAN</u>

I, George Tehan, declare that the following is true and correct to the best of my knowledge:

1.     I am the plaintiff in this case against Vanguard Parking Solutions, Inc. ("Vanguard").

2.     I jointly own a Kia Sedona (the "Vehicle") with my wife, Sulema Tehan.

3.     I was not present when my wife parked the Vehicle at a Vanguard parking garage on January 29, 2026.

4.     I did not give my wife authority to act on my behalf to enter into any contract with Vanguard.

5.     On or about February 10, 2026, I first accessed Vanguard's website to review the ticket sent to my residence around that time. I did not pay the ticket at that time.

6.     I have reviewed the "Online Terms" attached as Exhibit F to Vanguard's Motion to Compel Arbitration.

7.      I did not agree to the Online Terms, which I expressly rejected in an email I sent to Vanguard via the email address disputes@vanguardparking.co on February 14, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 07/29/2026 _____    By: _____

George Tehan