# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE TEHAN**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**VANGUARD PARKING SOLUTIONS, INC.,**<br><br>*Defendant.* | Case No. 1:26-CV-02254-AHA |

## DECLARATION OF SULEMA TEHAN

I, Sulema Tehan, declare that the following is true and correct to the best of my knowledge:

1.      I am the wife of George Tehan, the plaintiff in this lawsuit.

2.      I jointly own a Kia Sedona (the "Vehicle") with my husband.

3.      I parked the Vehicle at a Vanguard parking garage on January 29, 2026.

4.      I have been shown the photograph and PDF of the purported "Parking Contract" attached to Vanguard's Motion to Compel Arbitration as Exhibits A and B.

5.      I do not remember seeing the Parking Contract when I parked at the Vanguard parking garage. As I did not see the Parking Contract, I did not agree to its terms.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/03/2026 _____     By: _____

Sulema Tehan